IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NORTHPORT HEALTH SERVICES OF ARKANSAS, LLC
D/B/A SPRINGDALE HEALTH AND REHABILITATION
CENTER; NWA NURSING CENTER, LLC D/B/A THE
MAPLES AT HAR-BER MEADOWS                                                    PLAINTIFFS

NO. 5:19-cv-05168-TLB

v.

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES; ALEX M. AZAR II, *in his official
capacity as Secretary of the United States Department of Health
and Human Services*; CENTERS FOR MEDICARE &
MEDICAID SERVICES, SEEMA VERMA, *in her official
capacity as the Administrator of the Centers for Medicare &
Medicaid Services*                                                                            DEFENDANTS

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5(d), Northport Health Services of Arkansas, LLC d/b/a Springdale Health and Rehabilitation Center and NWA Nursing Center d/b/a The Maples ("Plaintiffs") move this Court for the admission of Paul D. Clement of the law firm Kirkland & Ellis, LLP to appear as an additional attorney of record for and on behalf of Plaintiffs *pro hac vice*. In support of said motion, Plaintiffs state as follows:

1. The undersigned is a member in good standing of the bar of the State of Arkansas and of the United States District Court for the Western District of Arkansas. He maintains an office located in Arkansas for the practice of law at 5000 Rogers Avenue, Suite 500, Fort Smith, AR 72903. The court and opposing counsel may readily communicate with the undersigned regarding the conduct of the case.

2. Mr. Clement's office address and telephone number are:

        KIRKLAND & ELLIS, LLP
        1301 Pennsylvania Avenue N.W.
        Washington, D.C.  20004
        (202) 389-5013

3. Mr. Clement is admitted to, and a member in good standing of, the bars of the State of Wisconsin, Virginia, and the District of Columbia.

4. Mr. Clement does not reside in Arkansas, is not regularly employed in Arkansas, and is not regularly engaged in the practice of law in Arkansas.  Mr. Clement agrees to follow the Local Rules of the Court and to submit to the jurisdiction of the Court in matters of discipline.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an order allowing Paul D. Clement to appear before the Court *pro hac vice* as an additional attorney of record on behalf of Plaintiffs in the above-captioned case.

Dated: September 9, 2019        Respectfully submitted,

        Kirkman T. Dougherty (Ark. Bar No. 91133)
        HARDIN, JESSON & TERRY, PLC
        5000 Rogers Avenue, Suite 500
        Fort Smith, Arkansas 72903
        Tel: (479) 452-2200
        Fax: (479) 452-9097
        kdoughterty@hardinlaw.com

        By:   */s/ Kirkman T. Dougherty*
                 Kirkman T. Dougherty

*Attorney for Northport Health Services of Arkansas, LLC d/b/a Springdale Health and Rehabilitation Center and NWA Nursing Center d/b/a The Maple*