# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

NORTHPORT HEALTH SERVICES OF ARKANSAS, LLC
D/B/A SPRINGDALE HEALTH AND REHABILITATION
CENTER; NWA NURSING CENTER, LLC D/B/A THE
MAPLES AT HAR-BER MEADOWS     PLAINTIFFS

NO. 5:19-cv-05168-TLB

v.

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES; ALEX M. AZAR II, *in his official
capacity as Secretary of the United States Department of Health
and Human Services*; CENTERS FOR MEDICARE &
MEDICAID SERVICES, SEEMA VERMA, *in her official
capacity as the Administrator of the Centers for Medicare &
Medicaid Services*     DEFENDANTS

## JOINT MOTION FOR SCHEDULING ORDER

Plaintiffs Northport Health Services of Arkansas, LLC d/b/a Springdale Health and Rehabilitation Center and NWA Nursing Center, LLC d/b/a The Maples at Har-Ber Meadows (together, "Plaintiffs") and Defendants United States Department of Health and Human Services, Alex M. Azar II, Centers for Medicare and Medicaid Services, and Seema Verma (collectively, "Defendants," and together with Plaintiffs, "the Parties") hereby move the Court to enter a scheduling order in this case.

This case presents a challenge to a final rule published at 84 Fed. Reg. 34,718 (July 18, 2019). After consultation between the Parties' counsel, Defendants have agreed to stay enforcement of the final rule at issue in this case as to Plaintiffs and the entities identified in Appendix A until December 31, 2019, on the condition that the Complaint be amended to add

these entities or their parent companies as plaintiffs.[1] In light of that, the Parties agree that resolving Plaintiffs' Motion for a Preliminary Injunction or Stay Pending Judicial Review (Dkt. 4) ("PI Motion") is unnecessary at this time. Accordingly, the Parties respectfully request that the Court hold Plaintiffs' PI Motion in abeyance and enter a scheduling order providing the following schedule for resolving the merits of the case:

| | |
|---|---|
| September 20, 2019 | Deadline For Defendants To File Administrative Record |
| October 4, 2019 | Deadline For Plaintiffs To File Amended Complaint And Motion For Summary Judgment |
| October 25, 2019 | Deadline For Defendants To File Cross-Motion For Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment |
| November 15, 2019 | Deadline For Plaintiffs To File Response To Cross-Motion For Summary Judgment And Reply In Support Of Motion For Summary Judgment |
| December 6, 2019 | Deadline For Defendants To File Reply In Support Of Cross-Motion For Summary Judgment |

The Parties designed this schedule with the hope that it would allow the Court time to render a decision on the motions for summary judgment by the end of calendar year 2019. The Parties are of course willing to adjust the schedule to ensure the Court has sufficient time to consider the Parties' arguments and submissions before the agreed-upon stay expires. Likewise, the Parties are available for a status conference to discuss the proposed schedule at the Court's convenience, if the Court believes it would be helpful.

---

[1] By entering into this agreement, Defendants do not concede that Plaintiffs' preliminary injunction motion has merit. Defendants merely believe this is the most efficient way to resolve this case.

| | |
|---|---|
| Dated: September 13, 2019 | Respectfully submitted, |

Kirkman T. Dougherty (Ark. Bar No. 91133)
HARDIN, JESSON & TERRY, PLC
5000 Rogers Avenue, Suite 500
Fort Smith, AR  72903
Tel: (479) 452-2200
Fax: (479) 452-9097
kdoughterty@hardinlaw.com

/s/ *Erin E. Murphy*
Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 389-5000
Fax: (202) 389-5200
paul.clement@kirkland.com
erin.murphy@kirkland,com

*Attorneys for Northport Health Services of Arkansas, LLC d/b/a Springdale Health and Rehabilitation Center and NWA Nursing Center d/b/a The Maples at Har-Ber Meadows*

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/ *Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV (NY Bar 4918793)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
Alexander.V.Sverdlov@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I, Erin E. Murphy, hereby certify that on this 13th day of September, 2019, the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF System Court which will send notification of such filing to all parties of record.

              */s/ Erin E. Murphy*
              Erin E. Murphy