## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| NORTHPORT HEALTH SERVICES OF ARKANSAS, LLC D/B/A SPRINGDALE HEALTH AND REHABILITATION CENTER; NWA NURSING CENTER, LLC D/B/A THE MAPLES AT HAR-BER MEADOWS | PLAINTIFFS |

NO. <u>5:19-cv-05168-TLB</u>

v.

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR II, *in his official capacity as Secretary of the United States Department of Health and Human Services*; CENTERS FOR MEDICARE & MEDICAID SERVICES, SEEMA VERMA, *in her official capacity as the Administrator of the Centers for Medicare & Medicaid Services* | DEFENDANTS |

## **NOTICE OF APPEARANCE**

Kasdin Miller Mitchell of the law firm Kirkland & Ellis, LLP enters an appearance as additional counsel on behalf of Plaintiffs, Northport Health Services Of Arkansas, LLC d/b/a Springdale Health And Rehabilitation Center; NWA Nursing Center, LLC d/b/a The Maples At Har-Ber Meadows, certifies that she is admitted to practice in this Court pro hac vice, and requests that any and all correspondence, pleadings, and other filings be forwarded to the address below.

Dated: September 16, 2019            Respectfully submitted,

*/s/ Kasdin Miller Mitchell*
Kasdin Miller Mitchell (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 389-5000
Fax:  (202) 389-5200
kasdin.mitchell@kirkland.com

## **CERTIFICATE OF SERVICE**

  I, Kasdin Miller Mitchell, hereby certify that on this 16th day of September, 2019, the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

                */s/ Kasdin Miller Mitchell*
                Kasdin Miller Mitchell