IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| NORTHPORT HEALTH SERVICES OF ARKANSAS, LLC D/B/A SPRINGDALE HEALTH AND REHABILITATION CENTER, *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et. al.*, <br><br> *Defendants*. | Civil Action No. <br> 5:19-cv-05168-TLB |

## NOTICE OF APPEARANCE

Matthew W.H. Wessler of the law firm Gupta Wessler PLLC enters an appearance as lead counsel on behalf of the American Association for Justice, Arkansas Trial Lawyers Association, and Consumer Voice as *amici curiae*, certifies that he is admitted to practice in this Court *pro hac vice*, and requests that any and all correspondence, pleadings, and other filings be forwarded to the address below.

Dated: October 31, 2019

Respectfully submitted,

*/s/Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
(admitted *pro hac vice*)
GUPTA WESSLER PLLC
1900 L St NW, Suite 312
Washington DC, 20036
(202) 888-1741
matt@guptawessler.com

*Counsel for American Association for Justice, Arkansas Trial Lawyers Association, and Consumer Voice*

1